O

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: SACR12-815 |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Delgado-Mora, Juan | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___nature of viols which evid a lack of amenability to supervision; prior FTA; background, cmty ties unverified; bail resources unconfirmed;___

1  substance abuse history
2
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on  nature of violations, which include
8  commission of new offenses while under supervision;
9  apparent ongoing substance abuse problem
10
11
12
13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: 1/14/15
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28