1

2

3

4

5

6

7

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 2 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. CR 12-0815-R
                                     )
12                Plaintiff,         )  ORDER OF DETENTION AFTER
                                     )  HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13            v.                     )  U.S.C. . § 3143(a)]
                                     )
14                                   )
    JUAN DELGADO-MORA,               )
15                                   )
              Defendant.             )
16                                   )
                                     )
17

18        The defendant having been arrested in this District pursuant to a warrant issued by

19  the United States District Court for the Central District of California for alleged violations

20  of the terms and conditions of his supervised release; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24  A. ( X ) The defendant has not met his burden of establishing by clear and convincing

25        evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This

26        finding is based on:

27        *Background information unknown, instant allegations and history of violations indicate lack of*

28        *amenability to supervision.*

1  and

2  B.  ( X ) The defendant has not met his burden of establishing by clear and convincing

3      evidence that he is not likely to pose a danger to the safety of any other person or the

4      community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5      *Instant allegations and history of violations indicate lack of amenability to supervision.*

6      IT THEREFORE IS ORDERED that the defendant be detained pending further

7  revocation proceedings.

8

9  Dated:  _12 - 2 - 2015_

10

11

12  DOUGLAS F. McCORMICK
    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28