O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 12-0815 R |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | |
| JUAN DELGADO-MORE | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   ( )   the appearance of defendant as required; and/or

(B)   ( )   the safety of any person or the community.

//

//

The court concludes:

A.    (✓)    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_△ submits to detention._

_____

_____

_____

(B)    (✓)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: February 9, 2018

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2